# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **R. ALEXANDER ACOSTA,** | : | **CIVIL ACTION** |
| **Secretary of Labor, United** | : | |
| **States Department of Labor** | : | **NO. 16-1390** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LAS MARGARITAS, INC.,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 27th day of December 2018, upon consideration of the evidence presented during the non-jury trial in this matter, as well as Plaintiff's Proposed Findings of Fact and Conclusions of Law, [ECF 119], Defendants' Proposed Findings of Fact and Conclusions of Law, [ECF 120], Plaintiff's Post-Trial Memorandum of Law, [ECF 123], Defendants' Post-Trial Brief, [ECF 125], Plaintiff's Reply, [ECF 129], and Defendants' Sur Reply, [ECF 132], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion, that:

(1) **JUDGMENT** is entered in favor of Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor, on behalf of the seven named individuals and in the manner set forth in the accompanying Memorandum Opinion, and against Defendants Las Margaritas, Inc., Felipe Perez, and Victor Perez, jointly and severally, in the amount of $124,197.24 for back wages and liquidated damages under the Fair Labor Standards Act, 29 U.S.C. §§ 206, 207(a)(1), and 216(b);

(2) **JUDGMENT** is entered in favor of Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor, and against Defendants Las Margaritas, Inc., Felipe Perez, and Victor Perez ("Defendants"), for violating the record keeping provisions of the Fair Labor Standards Act, 29 U.S.C. § 211(c). Defendants are hereby ordered, pursuant to 29 U.S.C. § 217, to comply with said record-keeping requirements and to refrain from future record-keeping violations; and

(3) **JUDGMENT** is entered in favor of Defendants Las Margaritas, Inc., Felipe Perez, and Victor Perez, and against Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor ("Plaintiff"), on Plaintiff's claims for the alleged violations of the minimum wage and overtime provisions of the Fair Labor Standards Act after April 25, 2013.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*